| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address: 270 South Tejon Street<br>Colorado Springs, Colorado 80903 | EFILED Document<br>CO El Paso County District Court 4th JD<br>Filing Date: Jul 14 2011 3:30PM MDT<br>Filing ID: 38687250<br>Review Clerk: Joshua Schmitz<br><br>JUL 14 2011<br><br>**DIVISION 13** |
| Plaintiff:<br><br>JOYCE HODGES,<br><br>V.<br><br>THE PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD a foreign insurance company licensed to do business in the state of Colorado.<br><br>Defendant: | ▲ COURT USE ONLY ▲<br><br>Case Number: 2011CV3572<br><br>Div.:        Ctrm.: |
| Attorney or Party Without Attorney:<br>Peter A. Goldstein, P.C.,<br>312 South Weber Street, Suite A<br>Colorado Springs, Colorado 80903<br><br>Phone Number:   719/633-7705<br>Fax Number:     719/633-9710<br>E-mail:         PAGPC@QWESTOFFICE.NET<br>Atty. Reg. #:   1406 | |
| **ORDER** ||

THIS MATTER coming on this 12th day of July, 2011 on the plaintiff's motion for entry of a clerk's default pursuant to C.R.C.P. 55(a) and the clerk having reviewed the file, having found that the affidavit of service is appropriate, and that more than 20 days have past since service was accomplished within the state of Colorado, DOES HEREBY ENTER the default of the defendant herein.

Clerk of the court, 7-14-2011

Judge Hodges