**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01885-LTB-MJW

JOYCE HODGES,

       Plaintiff,

v.

THE PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, a foreign insurance company licensed to do business in the States of Colorado,

       Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 8 - filed August 29, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   August 30, 2011